THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL MCCASLIN, ADC #154226**                                    **PETITIONER**

**v.**                  **Case No. 5:17-cv-00077-KGB**

**WENDY KELLEY**                                                           **RESPONDENT**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Michael McCaslin's petition for a writ of *habeas corpus* is dismissed with prejudice. The relief requested is denied.

It is so adjudged this 2nd day of March, 2020.

                                                           Kristine G. Baker
                                                           United States District Judge